SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
rsimmons@sheppardmullin.com
MATTHEW M. SONNE, Cal. Bar No. 239110
msonne@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130

JOHN P. CASTRO, Cal. Bar No. 153985
jpc@i.frys.com
FRY'S ELECTRONICS, INC.
600 E. Brokaw Road
San Jose, California 95112
Telephone: 408-487-4748
Facsimile: 408-852-3316

Attorneys for Defendants
FRY'S ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DUSHMAN, individually and on behalf of other persons similarly situated and the general public<br><br>Plaintiffs,<br><br>v.<br><br>FRY'S ELECTRONICS, INC.; and DOES 1 to 10, inclusive<br><br>Defendants. | Case No. CV11-4849-CAS (PLAx)<br><br>The Honorable Christina A. Snyder<br><br>DECLARATION OF LISA SOUZA IN SUPPORT OF DEFENDANT FRY'S ELECTRONICS, INC.'S MOTION TO COMPEL ARBITRATION<br><br>Date: August 15, 2011<br>Time: 10:00 a.m.<br>Ctrm: 5<br><br>Complaint Filed: April 27, 2011<br>Trial Date: None Set |

# DECLARATION OF LISA SOUZA

I, Lisa Souza, declare that:

1. The following facts are within my personal knowledge and, if called as a witness, I could and would competently testify with regard thereto.

2. I am the Director of Enterprise Risk Management of defendant Fry's Electronics, Inc. ("Fry's"), an electronics retailer that sells products, including those shipped to California from other states. In that position, one of the departments that I oversee is the Benefits Services Department, which operates as Fry's human resources department.

3. Attached hereto as Exhibit "A" is a true and correct copy of the Arbitration Agreement between Fry's and plaintiff Brian Dushman dated September 11, 2006. It expressly states that the Federal Arbitration Act governs the agreement. The original of this Arbitration Agreement is currently maintained in Mr. Dushman's personnel file maintained by Fry's and in the custody of the Benefits Services Department.

I declare under penalty of perjury under the laws the law of the United States of America that the foregoing is true and correct. Dated this 13th day of July 2011, in San Jose, California.

_____
Lisa Souza

# EXHIBIT "A"

# EXHIBIT "A"

Exhibit A

3

April 2006

Page 59

## C. AGREEMENT TO ARBITRATE DISPUTES REGARDING EMPLOYMENT

I. **Agreement To Arbitrate** - In consideration of the continuation of the employment relationship, ___Brian Dushman___, hereinafter referred to as "Associate", and Fry's Electronics, Inc., hereinafter referred to as "Employer," hereby agree that any and all disputes between Associate and Employer (including related disputes between Associate and other associates or agents of Employer and entities legally related to Employer) arising from or in any way related to Associate's employment by Employer, including but not limited to, claims for damages and violations of state or federal laws and regulations related to harassment, wrongful termination, and/or discrimination (excluding claims for workers' compensation or unemployment insurance) shall be determined and decided by final and binding arbitration pursuant to the provisions of the Federal Arbitration Act, and to the extent applicable and consistent with the Federal Arbitration Act, state law to the extent it does not preclude or delay arbitration. In order to fully benefit from the arbitration process, Associate and Employer understand that they are waiving all rights to a jury trial.

II. **How To Request Arbitration** - All disputes will be resolved by a single neutral Arbitrator. The Arbitrator shall be selected by agreement of the Associate and Employer, or by order of the court if the Associate and Employer cannot agree. The requesting party shall submit a written notice ("Demand") to the other party. The Demand shall be submitted to the Associate at his or her last known address, and to the Employer at the following address: Fry's Electronics, Inc.; Legal Department; 600 E. Brokaw Road; San Jose, CA 95112. The Demand shall include the names, addresses, and telephone numbers of the parties, a brief statement of the nature of the dispute, and the remedy sought. The Demand shall be made within one year of the date when the dispute arose, or within one year of the termination of employment, whichever occurs first. However, if the claim arises under a statute providing for a longer time to file a claim, that statute shall govern. Venue for the arbitration shall be in Santa Clara County, California, or if the Associate lives more than 50 miles from said county, within 50 miles of the location at which the Associate last worked for the Employer. Venue may be different as necessary in multi-party cases.

III. **Pleadings and Procedures** - Within thirty calendar days of selection of the Arbitrator, the responding party shall file an Answer, Demurrer, Motion to Strike, Motion to Dismiss, and/or Counterclaim in accordance with the applicable arbitration rules and procedures. The Arbitrator shall rule on the Demurrer or Motion to Strike or Motion to Dismiss within 15 calendar days of service of the opposing or reply papers. Either party shall be permitted to file a motion for summary judgment and/or summary adjudication. The motion shall be heard no later than 30 days before the arbitration date. The parties shall be permitted to file any other motions as may be necessary and as permitted by the Arbitrator. Affirmative defenses (including those based on a statute of limitations, failure to exhaust administrative remedies and pre-emption based on workers' compensation law) shall be available to the parties. The Arbitrator shall set all relevant filing deadlines and hearing dates in consultation with the parties.

IV. **Discovery** - The Arbitrator shall have the authority to order discovery that he/she deems adequate and necessary to enable each party to arbitrate the claims, including but not limited to depositions, interrogatories, or requests for production of documents. The Arbitrator shall also have the authority to rule on all discovery disputes and/or discovery motions.

V. **Arbitrator's Award** - The Arbitrator shall be permitted to award only those remedies requested by the parties, supported by credible evidence, and authorized by law. The Arbitrator shall issue a written award and statement of decision specifying the applicable factual and legal findings and conclusions on which the award is based.

VI. **Severability** - In the event that any term or provision of this Agreement is determined to be illegal, invalid, or unenforceable to any extent, such term or provision shall be enforced to the extent permissible under the law and all remaining terms and provisions hereof shall continue in full force and effect.

VII. **Employment-At-Will** - Nothing in this Agreement shall override the rights of the Associate or the Employer to sever the employment relationship at will.

Dated: __9/11__ __06__

"ASSOCIATE"

By: __Brian Dushman__
Printed Name of Associate

Signature: ____

"EMPLOYER" – FRY'S ELECTRONICS, INC.

By: ____
Printed Name of Store/Asst. Store Manager or Above

Signature: ____

*(TO BE SENT TO BENEFITS SERVICES VIA COURIER MAIL)*

Exhibit A

4