UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DUSHMAN, individually and on behalf of other persons similarly situated and the general public<br><br>Plaintiffs,<br><br>v.<br><br>FRY'S ELECTRONICS, INC.; and DOES 1 to 10, inclusive<br><br>Defendants. | Case No. CV11-4849-CAS (PLAx)<br><br>The Honorable Christina A. Snyder<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FRY'S ELECTRONICS, INC.'S MOTION TO COMPEL ARBITRATION AND STAY THE ACTION**<br><br>Date: August 15, 2011<br>Time: 10:00 a.m.<br>Ctrm: 5<br><br>Complaint Filed: April 27, 2011<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On August 15, 2011, in Courtroom 5 of the above-entitled court, the Motion to Compel Arbitration and Stay the Action brought by Defendant Fry's Electronics, Inc. ("Defendant"), came on regularly for hearing. All parties were represented by counsel. After full consideration of the moving and opposition papers, and related submissions and argument, if any, the Court rules as follows:

1) Defendant's motion to compel arbitration is granted. Plaintiff's claims are hereby ordered to arbitration in accordance with the Arbitration Agreement.

(2) Defendant's motion for a stay of these judicial proceedings is granted. The judicial proceedings in this action are hereby stayed pending completion of the arbitration.

IT IS SO ORDERED.

Dated: _____

Hon. Christina A. Snyder
United States District Court