1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  rsimmons@sheppardmullin.com
   MATTHEW M. SONNE, Cal. Bar No. 239110
4  msonne@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone: 714-513-5100
6  Facsimile: 714-513-5130

7  JOHN P. CASTRO, Cal. Bar No. 153985
   jpc@i.frys.com
8  FRY'S ELECTRONICS, INC.
   600 E. Brokaw Road
9  San Jose, California 95112
   Telephone: 408-487-4748
10 Facsimile: 408-852-3316

11 Attorneys for Defendant
   FRY'S ELECTRONICS, INC.

12

13              UNITED STATES DISTRICT COURT

14            CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  BRIAN DUSHMAN, individually and on behalf of other persons similarly 17  situated and the general public | Case No. CV11-4849-CAS (PLAx) |
| 18              Plaintiffs, | The Honorable Christina A. Snyder |
| 19       v. | **JOINT STATUS REPORT** |
| 20  FRY'S ELECTRONICS, INC.; and DOES 1 to 10, inclusive | |
| 21              Defendants. | Complaint Filed: April 27, 2011 Trial Date: None Set |
| 22 | |

23

24

25

26

27

28

1         Plaintiff Brian Dushman ("Plaintiff") and Defendant Fry's Electronics,

2  Inc. ("Defendant") hereby submit the following Joint Status Report pursuant to the

3  Court's Order Removing Action From the Active List of Cases, Pursuant to a Stay in

4  the Action (*See* Dkt No. 20).

5

6  **I.**     **The Parties Anticipate Arbitration Of This Action**

7         Arbitration proceedings have not yet commenced.  However, the parties

8  anticipate that arbitration of this action will be proceeding forthwith.

9

10  Dated:  September ____, 2011

11

12

13               By

14                      JEFFREY M. SCHWARTZ

15                      SEAN P. FEENEY

16                      MANUAL H. MILLER

                        Attorneys for Plaintiff

17                      **BRIAN DUSHMAN**

18  Dated:  September ____, 2011

19

20            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

21

22               By

23                      RICHARD J. SIMMONS

                      MATTHEW M. SONNE

24                      Attorneys for Defendant

                      FRY'S ELECTRONICS, INC.

25

26

27

28

W02-WEST:3JOC1\403888526.1                                      JOINT STATUS REPORT