1
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2
    Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
3
rsimmons@sheppardmullin.com
MATTHEW M. SONNE, Cal. Bar No. 239110
4
msonne@sheppardmullin.com
650 Town Center Drive, 4th Floor
5
Costa Mesa, California  92626-1993
Telephone:  714-513-5100
6
Facsimile:  714-513-5130

7
JOHN P. CASTRO, Cal. Bar No. 153985
jpc@i.frys.com
8
FRY'S ELECTRONICS, INC.
600 E. Brokaw Road
9
San Jose, California 95112
Telephone:  408-487-4748
10
Facsimile:  408-852-3316

11
Attorneys for Defendant
FRY'S ELECTRONICS, INC.
12

13
UNITED STATES DISTRICT COURT

14
CENTRAL DISTRICT OF CALIFORNIA

15

16
BRIAN DUSHMAN, individually and
on behalf of other persons similarly
17
situated and the general public

18
                    Plaintiffs,

19
         v.

20
FRY'S ELECTRONICS, INC.; and
DOES 1 to 10, inclusive
21
                    Defendants.
22

23

24

25

26

27

28

|  |
|---|
| Case No. CV11-4849-CAS (PLAx) |
| The Honorable Christina A. Snyder |
| **JOINT STATUS REPORT** |
| Complaint Filed:  April 27, 2011<br>Trial Date:  None Set |

1   Plaintiff Brian Dushman ("Plaintiff") and Defendant Fry's Electronics,

2   Inc. ("Defendant") hereby submit the following Joint Status Report pursuant to the

3   Court's Order Removing Action From the Active List of Cases, Pursuant to a Stay in

4   the Action (*See* Dkt No. 20).

5

6   **I.       The Parties Anticipate Arbitration Of This Action**

7           The parties are engaged in meet and confer efforts regarding the

8   selection of an arbitrator.  Arbitration proceedings have not yet commenced.

9   However, the parties anticipate that arbitration of this action will be proceeding

10  forthwith.

11

12  Dated:  December ___, 2011

13

14

15  By _____

16                         JEFFREY M. SCHWARTZ
                           MANUEL H. MILLER

17                         Attorneys for Plaintiff
                           BRIAN DUSHMAN

18

19  Dated:  December ___, 2011

20

21                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

22  By _____

23                         RICHARD J. SIMMONS

24                         MATTHEW M. SONNE
                           Attorneys for Defendant

25                         FRY'S ELECTRONICS, INC.

26

27

28

-1-