1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  rsimmons@sheppardmullin.com
   MATTHEW M. SONNE, Cal. Bar No. 239110
4  msonne@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714-513-5100
6  Facsimile:  714-513-5130

7  JOHN P. CASTRO, Cal. Bar No. 153985
   jpc@i.frys.com
8  FRY'S ELECTRONICS, INC.
   600 E. Brokaw Road
9  San Jose, California 95112
   Telephone:  408-487-4748
10 Facsimile:  408-852-3316

11 Attorneys for Defendant
   FRY'S ELECTRONICS, INC.

12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15

16 | BRIAN DUSHMAN, individually and | Case No. CV11-4849-CAS (PLAx) |
   | on behalf of other persons similarly | |
17 | situated and the general public | |
   | | The Honorable Christina A. Snyder |
18 | Plaintiffs, | |
   | | |
19 | v. | **JOINT STATUS REPORT** |
20 | FRY'S ELECTRONICS, INC.; and | |
   | DOES 1 to 10, inclusive | |
21 | | Complaint Filed:  April 27, 2011 |
   | Defendants. | Trial Date:  None Set |
22

23

24

25

26

27

28

1        Plaintiff Brian Dushman ("Plaintiff") and Defendant Fry's Electronics,

2  Inc. ("Defendant") hereby submit the following Joint Status Report pursuant to the

3  Court's Order Removing Action From the Active List of Cases, Pursuant to a Stay in

4  the Action (*See* Dkt No. 20).

5

6  **I.**     **The Parties Anticipate Arbitration Of This Action**

7        The parties are engaged in meet and confer efforts regarding the

8  selection of an arbitrator.  Arbitration proceedings have not yet commenced.

9  However, the parties anticipate that arbitration of this action will be proceeding

10  forthwith.

11

12  Dated:  March 6, 2012

13

14

15         By _____

16             JEFFREY M. SCHWARTZ

17             MANUEL H. MILLER

18             Attorneys for Plaintiff
                BRIAN DUSHMAN

19

20  Dated:  March 6, 2012

21        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

22

23         By _____

24             RICHARD J. SIMMONS

25             MATTHEW M. SONNE
              Attorneys for Defendant

26             FRY'S ELECTRONICS, INC.

27

28

-1-