1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2      Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  rsimmons@sheppardmullin.com
   MATTHEW M. SONNE, Cal. Bar No. 239110
4  msonne@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone: 714-513-5100
6  Facsimile:  714-513-5130

7  JOHN P. CASTRO, Cal. Bar No. 153985
   jpc@i.frys.com
8  FRY'S ELECTRONICS, INC.
   600 E. Brokaw Road
9  San Jose, California 95112
   Telephone: 408-487-4748
10 Facsimile:  408-852-3316

11 Attorneys for Defendant
   FRY'S ELECTRONICS, INC.
12

13              UNITED STATES DISTRICT COURT

14            CENTRAL DISTRICT OF CALIFORNIA

15

16 BRIAN DUSHMAN, individually and       Case No. CV11-4849-CAS (PLAx)
   on behalf of other persons similarly
17 situated and the general public
                                         The Honorable Christina A. Snyder
18              Plaintiffs,

19       v.                              **JOINT STATUS REPORT**

20 FRY'S ELECTRONICS, INC.; and
   DOES 1 to 10, inclusive
21                                       Complaint Filed:  April 27, 2011
                Defendants.              Trial Date:  None Set
22

23

24

25

26

27

28

1          Plaintiff Brian Dushman ("Plaintiff") and Defendant Fry's Electronics,

2  Inc. ("Defendant") hereby submit the following Joint Status Report pursuant to the

3  Court's Order Removing Action From the Active List of Cases, Pursuant to a Stay in

4  the Action (*See* Dkt No. 20).

5

6  **I.    The Parties Anticipate Arbitration Of This Action**

7          The parties are engaged in meet and confer efforts regarding the

8  selection of an arbitrator.  Arbitration proceedings have not yet commenced.

9  However, the parties anticipate that arbitration of this action will be proceeding

10  forthwith.

11

12  Dated:  June 4, 2012

13

14

15          By

16                    JEFFREY M. SCHWARTZ

17                    MANUEL H. MILLER

18                    Attorneys for Plaintiff
                            BRIAN DUSHMAN

19

20  Dated:  June 5, 2012

21          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

22

23          By

24                    RICHARD J. SIMMONS
                    MATTHEW M. SONNE

25                    Attorneys for Defendant

26                    FRY'S ELECTRONICS, INC.

27

28