SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
rsimmons@sheppardmullin.com
MATTHEW M. SONNE, Cal. Bar No. 239110
msonne@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130

JOHN P. CASTRO, Cal. Bar No. 153985
jpc@i.frys.com
FRY'S ELECTRONICS, INC.
600 E. Brokaw Road
San Jose, California 95112
Telephone: 408-487-4748
Facsimile: 408-852-3316

Attorneys for Defendant
FRY'S ELECTRONICS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DUSHMAN, individually and on behalf of other persons similarly situated and the general public<br><br>Plaintiffs,<br><br>v.<br><br>FRY'S ELECTRONICS, INC.; and DOES 1 to 10, inclusive<br><br>Defendants. | Case No. CV11-4849-CAS (PLAx)<br><br>The Honorable Christina A. Snyder<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: April 27, 2011<br>Trial Date: None Set |

Plaintiff Brian Dushman ("Plaintiff") and Defendant Fry's Electronics, Inc. ("Defendant") hereby submit the following Joint Status Report pursuant to the Court's Order Removing Action From the Active List of Cases, Pursuant to a Stay in the Action (*See* Dkt No. 20).

## I. Arbitration Of This Action Has Commenced

The parties have selected the Honorable Jack Komar (Ret.) of JAMS as arbitrator of this matter. Arbitration proceedings have commenced and the arbitration clause construction motion is being briefed and will be heard by the arbitrator on December 14, 2012. Thereafter, the arbitrator will likely set an arbitration hearing date.

Dated: December 6, 2012

By /s/ Jeffrey M. Schwartz
JEFFREY M. SCHWARTZ
MANUEL H. MILLER
Attorneys for Plaintiff
BRIAN DUSHMAN

Dated: December 6, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ Matthew M. Sonne
RICHARD J. SIMMONS
MATTHEW M. SONNE
Attorneys for Defendant
FRY'S ELECTRONICS, INC.

-1-

SMRH:407631548.1   JOINT STATUS REPORT