1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  rsimmons@sheppardmullin.com
   MATTHEW M. SONNE, Cal. Bar No. 239110
4  msonne@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone: 714-513-5100
6  Facsimile: 714-513-5130

7  JOHN P. CASTRO, Cal. Bar No. 153985
   jpc@i.frys.com
8  FRY'S ELECTRONICS, INC.
   600 E. Brokaw Road
9  San Jose, California 95112
   Telephone: 408-487-4748
10 Facsimile: 408-852-3316

11 Attorneys for Defendant
   FRY'S ELECTRONICS, INC.
12

13                UNITED STATES DISTRICT COURT

14        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

15

| | |
|---|---|
| BRIAN DUSHMAN, individually and on behalf of other persons similarly situated and the general public<br><br>Plaintiffs,<br><br>v.<br><br>FRY'S ELECTRONICS, INC.; and DOES 1 to 10, inclusive<br><br>Defendants. | Case No. CV11-4849-CAS (PLAx)<br><br>**STIPULATION FOR DISMISSAL**<br><br><br>Complaint Filed: April 27, 2011<br>Trial Date: None Set |

1  Plaintiff Brian Dushman ("Plaintiff") and Defendant Fry's Electronics,
2  Inc. ("Defendant"), by and through their counsel of record, enter into the following
3  Stipulation ("Stipulation"):
4  The Parties hereby stipulate pursuant to Rule 41(a)(1) of the Federal
5  Rules of Civil Procedure that the Complaint in the above-captioned action be
6  dismissed with prejudice as to all parties and all causes of action. All Parties to bear
7  their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: March 15, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
RICHARD J. SIMMONS
MATTHEW M. SONNE
Attorneys for Defendant
FRY'S ELECTRONICS, INC.

Dated: March 15, 2013

By _____
JEFFREY M. SCHWARTZ
SEAN P. FEENEY
MANUAL H. MILLER
Attorneys for Plaintiff
BRIAN DUSHMAN

-1-

SMRH:408165171.1                    STIPULATION RE DISMISSAL