1
2
3
4
5

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRIAN DUSHMAN, individually and on behalf of other persons similarly situated and the general public<br><br>Plaintiffs,<br><br>v.<br><br>FRY'S ELECTRONICS, INC.; and DOES 1 to 10, inclusive<br><br>Defendants. | Case No. CV11-4849-CAS (PLAx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: April 27, 2011<br>Trial Date: None Set |

SMRH:408165272.1                                     [PROPOSED] ORDER RE DISMISSAL

Upon the Joint Stipulation of the parties, it is hereby ordered that:

1. All claims asserted by Plaintiff Brian Dushman against Defendant Fry's Electronics, Inc. in the Action are dismissed with prejudice; and

2. Each of the parties herein shall bear their own costs, expenses and attorneys' fees associated with the prosecution and defense of the Action.

**IT IS SO ORDERED.**

DATED: _____        _____
                                          Honorable Christina A. Snyder
                                          United States District Court